UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                            3:10-bk-06694-PMG

FRENCHISE DETRICE YOUNG

_____ Debtor    /

## ORDER DISMISSING CHAPTER 13 CASE
## FOR FAILURE TO MAKE INTERIM PAYMENTS

The Trustee filed a Motion to Dismiss this case for failure of the Debtor to make interim payments as required by 11 U.S.C. § 1326(a)(1) of the Bankruptcy Code and as proposed in their Chapter 13 plan. The Court entered an Order on November 1, 2010 giving the Debtor 21 days to bring all payments current. The Debtor has failed to bring payments current.

Accordingly

**IT IS ORDERED**:

1. This case is dismissed without predjudice and the automatic stay imposed by 11 U.S.C.§362 and the stay of action against co-debtor by 11 U.S.C.§1301 are lifted subject to paragraph 3 below.

2. The Trustee shall refund all funds on hand to the Debtor and file his final report.

3. **The effective date of this order is delayed fourteen(14) days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code, if the Debtor wishes to do so.**

4. All pending Chapter 13 hearings are canceled, except for any Order to Show Cause hearings the Court has set.

DONE AND ORDERED at Jacksonville, Florida, on December 1, 2010.

PAUL M. GLENN
**Chief United States Bankruptcy Judge**

Copies to:
All Interested Parties